# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

GORDON DALE MEADOR,                             No. 2:16-cv-1982-CMK-P

    Plaintiff,

  vs.                                                            ORDER

DIRECTOR CDCR, et al.,

    Defendants.

_____ /

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On January 3, 2018, plaintiff participated in a settlement conference in two of his other pending cases, 1:14-cv-006 and 2:17-cv-0203. During the settlement conference, the parties reached a verbal settlement as to this case as well as plaintiff's other two cases. The terms of the settlements were stated on the record, and dispositional documents were ordered to be filed within 30 days. Dispositional documents have been received by the court and filed in the other two matters. However, no dispositional documents have been filed in this action. The court will require the parties[1] to show cause why no dispositional documents have been filed.

---

[1] The defendants to this action have not yet been served as the court has not received all the necessary service documents from plaintiff. However, as the Attorney General's

1

The Clerk of the Court will be directed to provide a copy of this order to the Office of the Attorney General, who will be required to inform the court as to the status of the settlement of this action.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    Plaintiff and the Office of the Attorney General on behalf of the defendants, shall show cause, within 14 days, why dispositional documents have not been filed in this action pursuant to the settlement reached during the settlement conference on January 3, 2018; and

        2.    The Clerk of the Court is directed to serve a copy of this order on Ms. Catherine Woodbridge, Deputy Attorney General.

DATED: February 22, 2018

                                                        **CRAIG M. KELLISON**
                                                        UNITED STATES MAGISTRATE JUDGE

---

Office included this case in a global settlement with plaintiff, the Attorney General's Office will be required to respond to this order on behalf of the defendants.