IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GORDON DALE MEADOR,  No. 2:16-cv-1982-CMK-P

    Plaintiff,

  vs.  ORDER

DIRECTOR CDCR, et al.,

    Defendants.

_____/

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a notice of voluntary dismissal. Because no response to the complaint has been filed, leave of court is not required[1] and the action is dismissed on plaintiff's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i). The order to show cause issued February 22, 2018 is discharged. The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

DATED: March 1, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

---

[1] Good cause for dismissal has also been shown based on the settlement of this action in conjunction with plaintiff's other actions at the January 3, 2018, settlement conference. See Fed. R. Civ. P. 41(a)(2)

1